IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GULLIVER'S TAVERN, INC., DBA FOXY LADY,<br><br>        Plaintiff,<br><br>vs.<br><br>ALERTE ENTERTAINMENT, INC. D/B/A FOXXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; LE PETIT CADEAU, LLC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA M. CELCIS,<br><br>        Defendants. | Case No. 1:23-cv-20032-KMW<br><br>**NOTICE OF FILING PROOF OF SERVICE OF PROCESS UPON DEFENDANT LE PETIT CADEAU, LLC** |

    Plaintiff Gulliver's Tavern files the attached proof of service of process of the complaint upon Defendant Le Petit Cadeau, LLC.

    Attached as **Exhibit A** is a Declaration attesting that Plaintiff was unable to effect personal service on Defendant Le Petit Cadeau, LLC c/o Johanna M. Celcis despite diligent efforts.

    Attached as **Exhibit B** is a Declaration that Plaintiff has complied with alternate service pursuant to Fla. Stat. § 48.161.

    Attached as **Exhibit C** is a copy of the U.S. Postal Service Certified Mail Receipt and U.S. Postal Service website confirmation that package was delivered and signed for on April 1, 2023.

Dated: April 4, 2023.                    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Tel: (888) 887-1776

Ronald D. Green (*pro hac vice*)
rdg@randazza.com
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Tel: (888) 887-1776

Robert J. Morris, II (*pro hac vice*)
rjm@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776

*Attorneys for Plaintiff*,
Gulliver's Tavern d/b/a Foxy Lady

Case No. 1:23-cv-20032-KMW

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Marc J. Randazza