# EXHIBIT B

# Declaration of Robert J. Morris, II

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GULLIVER'S TAVERN, INC., DBA FOXY LADY, <br><br> Plaintiff, <br><br> vs. <br><br> ALERTE ENTERTAINMENT, INC. D/B/A FOXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; LE PETIT CADEAU, LLC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA M. CELCIS, <br><br> Defendants. | Case No. 1:23-cv-20032-KMW <br><br> **DECLARATION OF ROBERT J. MORRIS II IN SUPPORT OF NOTICE OF FILING PROOF OF SERVICE OF PROCESS UPON DEFENDANT LE PETIT CADEAU, LLC** |

I, Robert J. Morris II, declare as follows:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am an attorney employed at the law firm of Randazza Legal Group, PLLC ("RLG"), counsel for Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Notice of Filing Proof of Service of Process upon Defendant Le Petit Cadeau, LLC ("Notice"), filed herewith.

4. I have first-hand knowledge that Plaintiff has complied with statutory requirements for substituted service on Defendant Le Petit Cadeau, LLC pursuant to Fla. Stat. § 48.161.

5. According to the records of the Florida Secretary of State, Johanna M. Celcis is the CEO and Registered Agent for Le Petit Cadeau, LLC.

6. On March 30, 2023, I sent a copy of the complaint and summons to Le Petit Cadedau, LLC c/o Johanna M. Celcis to the aforementioned address via U.S. Post Service Certified Mail. **Exhibit C**.

7. According to the United States Postal Service website, the package was delivered and signed for on April 1, 2023, at 5:09 PM. **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 4, 2023.

_____
Robert J. Morris, II