Jonathan Finklea
930 NW 204th St. Apt. 204
Miami, Florida 33169

Honorable Kathleen M. Williams
United States District Court Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128



FILED BY __MC__ D.C.

MAY 24 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Marc J. Randazza, Esq.
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd.,
Las Vegas, NV 89118

**Re: GULLIVER'S TAVERN, INC. DBA FOXY LADY v. FOXXY LADY CABARET; LE PETIT CADEAU, LLC; MURALE'S BRIC A BRIC, LLC; JOHANNA M. CELCIS**

**CASE NO.: 1:23-CV-20032-KMW**

Dear Honorable Judge Williams,

My Name is Jonathan Finklea, I received documents regarding this suit, GULLIVER'S TAVERN, INC. DBA FOXY LADY v. FOXXY LADY CABARET; LE PETIT CADEAU, LLC; MURALE'S BRIC A BRIC, LLC; JOHANNA M. CELCIS - CASE NO.: 1:23-CV-20032-KMW.

Your Honor, I should not have received any documentation regarding this lawsuit as I only worked for the Defendant's Company, FOXXY LADY CABARET for a short period of time as a Security Guard. I currently have no legal ties binding me to any listed entity listed above.

I am asking that the Honorable Court please disassociate me (Jonathan Finklea), from this current suit.

Thank you for your time and consideration in this matter,

*Jonathan Finklea*

Jonathan Finklea

Enclosures: Plaintiff's Counsel: Marc J. Randazza, Esquire

Johanna M. Celcis
2188 nw 72nd Terrace
Hollywood, Florida 33024

Honorable Kathleen M. Williams
United States District Court Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Marc J. Randazza, Esq.
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd.,
Las Vegas, NV 89118

FILED BY ΜC D.C.

MAY 24 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Re: GULLIVER'S TAVERN, INC. DBA FOXY LADY v. FOXXY LADY CABARET; LE PETIT CADEAU, LLC; MURALE'S BRIC A BRIC, LLC; JOHANNA M. CELCIS**

**CASE NO.: 1:23-CV-20032-KMW**

Dear Honorable Judge Williams,

My Name is Johanna M. Cecis, I am a named defendant in this suit, GULLIVER'S TAVERN, INC. DBA FOXY LADY v. FOXXY LADY CABARET; LE PETIT CADEAU, LLC; MURALE'S BRIC A BRIC, LLC; JOHANNA M. CELCIS - CASE NO.: 1:23-CV-20032-KMW.

Your Honor, I should not be named party to this suit as I currently have no legal ties binding me to the entity FOXXY LADY CABARET.

I am asking that the Honorable Court please remove me (Johanna M. Celcis) and LE PETIT CADEAU, LLC from this current suit.

Thank you for your time and consideration in this matter,

*Johanna M. Celcis*

Johanna M. Celcis

Enclosures: Plaintiff's Counsel: Marc J. Randazza, Esquire

