IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GULLIVER'S TAVERN, INC., DBA FOXY LADY,<br><br>Plaintiff,<br><br>vs.<br><br>ALERTE ENTERTAINMENT, INC. D/B/A FOXXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; LE PETIT CADEAU, LLC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA M. CELCIS,<br><br>Defendants. | Case No. 1:23-cv-20032-KMW<br><br>**DECLARATION OF RONALD D. GREEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

I, RONALD D. GREEN, declare:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am counsel for Plaintiff GULLIVER'S TAVERN d/b/a FOXY LADY ("Plaintiff" or "Foxy Lady") in the above-captioned matter.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

3. I provide this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to State a Claim.

4. On May 26, 2023, I received an email from Barry Chase, counsel for the Responding Defendants, Hush Entertainment, Inc. ("Hush"), Alerte Entertainment, Inc. ("Alerte"), and Elie Bellune demanding Plaintiff remove Alerte and Eric Bellune from this action.

5. I responded to the email the same day requesting Attorney Chase provide evidence demonstrating that Alerte and Eric Bellune were improperly named; however, Mr. Chase made no further attempt to resolve the issue or provide any evidence. The document attached to this

Declaration as **Exhibit 1** is a true and correct copy of the May 26, 2023, email from Responding Defendants' counsel, Barry Chase to Plaintiff's counsel, Ronald Green.

6. Plaintiff properly alleges that Alerte and Eric Bellune are both proper defendants. Alerte claims the same principal place of business address as Defendant Hush. The documents attached to this Declaration as **Exhibits 2 and 3** are true and correct copies of the entity information search results for Alerte and Hush from the Florida Secretary of State website.

7. Defendant Finklea was Alerte's President at one time, and he acknowledges that he is – or was – affiliated with and employed by Foxxy Lady Cabaret. The document attached to this Declaration as **Exhibit 4** is a true and correct copy of the corporate information for Alerte.

8. Hush acts as Alerte's registered agent, using the address of the Foxxy Lady Cabaret. Upon information and belief and from a search of the Florida Secretary of State's website, it does not appear that Hush offers this service to any other entity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2023.

/s/ Ronald D. Green
RONALD D. GREEN

# **EXHIBIT 1**

May 26, 2023, email from Responding Defendants' counsel, Barry Chase to Plaintiff's counsel, Ronald Green

**From:** Barry Chase blanche@chaselawyers.com
**Subject:** Re: "Meet & Confer" Re: FLSD Case # 1:23-cv-20032-KMW -- Attached Regarding Dismissing Alerte Entertainment and Bellune Personally
**Date:** May 25, 2023 at 7:13 PM
**To:** Ron Green rdg@randazza.com

Thank you.

No problem.



[He; His; Him]



Senior Partner
Miami 305-373-7665
New York 212-601-2762
Work-From-Home Tel: 305-788-7665
CONFIDENTIAL COMMUNICATION
E-mails from our firm often contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

> **IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> **Virus Warning:** The sender believes that this email and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. By reading the message and opening any attachments, the recipient assumes the risk of viruses and other defects. ChaseLawyers® is not liable for any loss or damage arising in any way from this message or its attachments. Email transmission cannot be guaranteed to be secure or error-free as information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

>> On May 25, 2023, at 10:05 PM, Ron Green <rdg@randazza.com> wrote:
>>
>> Barry:
>>
>> Thank you for your email. While we certainly do not wish to maintain suit against an individual or entity that should not be a party, your email does not provide sufficient information that will allow us to drop Alerte or Mr. Bellune from the lawsuit.
>>
>> First, as you likely know, we have been dealing with your associate, Alex Loveyko, regarding this matter for over a month, and he never made any statements during any of our communications indicating that Alerte and Mr. Bellune

were not proper parties to this case. Rather, his settlement attempts were on behalf of Bellune, Alerte, and Hush. The last time I spoke with Mr. Loveyko was Friday, May 19, 2023, and that conversation was about settlement. Now, the afternoon before their responsive pleading is due to be filed, we received an email from you asking us to drop Bellune and Alerte without any supporting documentation or evidence to back up your assertions. Simply, you have not given us sufficient information or time to evaluate the representations in your email.

Moreover, with regards to Alerte, we are aware that the address of its principal place of business is the same as the Foxxy Lady Cabaret (or the Sexxy Lady Cabaret, as it is now known) and that one of the Cabaret's current or former employees is Alerte's president. Hush also acts as Alerte's registered agent and does not appear to provide registered agent services to any other corporation or organization.

If you have documentation or any other information that you would like us to review to assist us in determining whether Alerte or Bellune should not be defendants in this case, we are happy to review it and consider it in good faith. However, for obvious reasons, we cannot guarantee that it will be done before your responsive pleadings are due.

_____

Ronald D. Green* | **Randazza Legal Group, PLLC**
4974 S. Rainbow Blvd. | Suite 100 | Las Vegas, NV 89118
Tel: 702-420-2001 | Email: rdg@randazza.com

_____

* Licensed to practice law in Nevada.

> On May 25, 2023, at 1:45 PM, Barry Chase <blanche@chaselawyers.com> wrote:
>
> Ron,
>
> Good afternoon.
>
> Hope all is well. While we have not worked directly together on the above-referenced matter, we are in the process of preparing our filings as it concerns the Defendants we represent in the matter Re: Gulliver's Tavern - Alerte Entertainment Inc, Hush Entertainment Services Inc. and Mr. Elie Bellune personally.
>
> Regarding the Defendants Alerte Entertainment, Inc. and Mr. Bellune in his individual capacity, we wanted to see if you'd be open to releasing them from the matter, via an amendment to your original complaint, due to their being improper parties for your client's claims, for the following reasons.
>
>     (1) Defendant Alerte Entertainment, Inc. is an improper party to the Amended Complaint, since it is a separate legal entity from Hush Entertainment Services Inc. with a separate federal taxation number and bank account.
>
>     (2) Defendant Hush Entertainment Services, Inc. is a proper Defendant, operating the establishment in question; and should be the sole focus of the proceedings before us. But Bellune in his personal capacity is an improper party to the Amended Complaint, as he has not violated or breached his duties as a director for Hush Entertainment Services Inc. and there are no allegations from to suggest abuse of the corporate form.
>
> Please advise whether you'd be open to performing the amendment in question, or whether we'll be forced to file our respective motions to dismiss in relation to these improper parties.
>
> Thanks in advance and looking forward to hearing back."

# **<u>EXHIBIT 2</u>**

Business entity information
for Alerte

6/8/23, 3:52 PM  Case 1:23-cv-20032-KMW   Document 62-1   Entered on FLSD Docket 06/09/2023   Page 7 of 18
Detail by Entity Name

Division of Corporations



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
ALERTE ENTERTAINMENT INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P15000084735 |
| **FEI/EIN Number** | 47-5306600 |
| **Date Filed** | 10/14/2015 |
| **Effective Date** | 10/14/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 04/26/2021 |
| **Event Effective Date** | NONE |

**Principal Address**

1792 NW 79 ST
MIAMI, FL 33147

Changed: 04/26/2021

**Mailing Address**

1792 NW 79 ST
MIAMI, FL 33147

Changed: 04/26/2021

**Registered Agent Name & Address**

HUSH ENTERTAINMENT SERVICES INC
1792 NW 79 ST
MIAMI, FL 33147

Name Changed: 01/30/2022

Address Changed: 04/26/2021

**Officer/Director Detail**

**Name & Address**

Title P

BELLUNE, ELIE E
1792 NW 79 ST
MIAMI, FL 33147

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 02/06/2021 |
| 2022 | 01/30/2022 |
| 2023 | 01/29/2023 |

**Document Images**

| | |
|---|---|
| 01/29/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2021 -- Amendment | View image in PDF format |
| 02/06/2021 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2016 -- ANNUAL REPORT | View image in PDF format |
| 10/14/2015 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# **EXHIBIT 3**

Business entity information
for Hush

6/8/23, 9:58 PM	Case 1:23-cv-20032-KMW   Document 62-1   Entered on FLSD Docket 06/09/2023   Page 10 of 18
Detail by Entity Name

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
HUSH ENTERTAINMENT SERVICES INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P15000061210 |
| **FEI/EIN Number** | 47-4548445 |
| **Date Filed** | 07/17/2015 |
| **Effective Date** | 07/10/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 08/15/2016 |
| **Event Effective Date** | NONE |

**Principal Address**

1792 NW 79 ST
MIAMI, FL 33147

Changed: 07/29/2015

**Mailing Address**

1792 NW 79 ST
MIAMI, FL 33147

Changed: 07/29/2015

**Registered Agent Name & Address**

BELLUNE, ELIE
1792 NW 79 ST
MIAMI, FL 33147

Name Changed: 08/05/2016

Address Changed: 07/29/2015

**Officer/Director Detail**

**Name & Address**

Title PTS

BELLUNE, ELIE
1792 NW 79 ST
MIAMI, FL 33147

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 02/06/2021 |
| 2022 | 01/30/2022 |
| 2023 | 01/29/2023 |

**Document Images**

| | |
|---|---|
| 01/29/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2021 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2017 -- ANNUAL REPORT | View image in PDF format |
| 08/15/2016 -- Amendment | View image in PDF format |
| 03/12/2016 -- ANNUAL REPORT | View image in PDF format |
| 07/29/2015 -- Reg. Agent Change | View image in PDF format |
| 07/17/2015 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# **EXHIBIT 4**

Corporate information for Alerte

# P15000084735

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



900364892519

04/26/21--01016--006   **35.00



FILED 21 APR 26 AM 8:34
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** ALERTE ENTERTAINMENT INC

**DOCUMENT NUMBER:** P15000084735

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

ELIE BELLUNE
_____
Name of Contact Person

ALERTE ENTERTAINMENT INC
_____
Firm/ Company

20462 NW 18 AVE
_____
Address

MIAMI GARDENS FLORIDA 33150
_____
City/ State and Zip Code

EBELLUNE@GMAIL.COM
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

ELIE BELLUNE at ( 305 ) 2168655
_____
Name of Contact Person     Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

■ $35 Filing Fee  ☐ $43.75 Filing Fee & Certificate of Status  ☐ $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)  ☐ $52.50 Filing Fee Certificate of Status Certified Copy (Additional Copy is enclosed)

**Mailing Address**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
Amendment Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

Articles of Amendment
to
Articles of Incorporation
of

ALERTE ENTERTAINMENT INC
_____
(Name of Corporation as currently filed with the Florida Dept. of State)

P15000084735
_____
(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

### A. If amending name, enter the new name of the corporation:

_____ *The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

### B. Enter new principal office address, if applicable:
*(Principal office address MUST BE A STREET ADDRESS )*

JONATHAN FINKLEA

1792 NW 79 ST

MIAMI FL 33147

### C. Enter new mailing address, if applicable:
*(Mailing address MAY BE A POST OFFICE BOX)*

1792 NW 79 ST

MIAMI FL 33147

### D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:

*Name of New Registered Agent*   JONATHAN FINKLEA

1792 NW 79 ST
_____
*(Florida street address)*

*New Registered Office Address:*   MIAMI _____, Florida 33147
                                        *(City)*                          *(Zip Code)*

FILED 21 APR 26 AM 8:34 FLORIDA

### New Registered Agent's Signature, if changing Registered Agent:
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_____Jonathan Finklea_____
*Signature of New Registered Agent, if changing*

**Check if applicable**
☒ The amendment(s) is/are being filed pursuant to s. 607.0120 (11) (e), F.S.

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ___ Change<br>___ Add<br>X Remove | P | ELIE BELLUNE | 20462 NW 18 AVE<br>MIAMI GARDENS FL 33056 |
| 2) ___ Change<br>___ Add<br>X Remove | RA | ELIE BELLUNE | 20462 NW 18 AVE<br>MIAMI GARDENS FL 33056 |
| 3) ___ Change<br>X Add<br>___ Remove | P | JOMATHAN FINKLEA | 1792 NW 79 ST<br>MIAMI FL 331437 |
| 4) ___ Change<br>X Add<br>___ Remove | RA | JONATHAN FINKLEA | 1792 NW 79 ST<br>MIAMI FL 33147 |
| 5) ___ Change<br>___ Add<br>___ Remove | | | |
| 6) ___ Change<br>___ Add<br>___ Remove | | | |

E. **If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary).*   *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   (*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____

**The date of each amendment(s) adoption:** _____, if other than the date this document was signed.

**Effective date if applicable:** 04/19/2021
_____
*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**         **(CHECK ONE)**

☒ The amendment(s) was/were adopted by the incorporators, or board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by ELIE BELLUNE _____."
*(voting group)*

Dated 4/29/21

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

ELIE BELLUNE
_____
(Typed or printed name of person signing)

PRESIDENT
_____
(Title of person signing)