UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20032-CV-WILLIAMS

GULLIVER'S TAVERN, INC.,

    Plaintiff,

v.

ALERTE ENTERTAINMENT, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 72) ("***Report***") on Plaintiff's Amended Motion for Entry of Final Default Judgment (DE 51) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court deny Plaintiff's Motion (DE 51). Specifically, the Report finds that entering a default judgment against Defendants Le Petit Cadeau, LLC, Jonathan Finklea, and Johanna M. Celcis would be premature at this juncture. (DE 72 at 3–5.) No objections were filed to the Report, and the time to do so has passed. Accordingly, upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 72) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Amended Motion for Entry of Final Default Judgment (DE 51) is **DENIED**.

3. Defendant Le Petit Cadeau, LLC shall retain counsel and have that counsel file a written appearance with the Clerk of Court on or before **December 29, 2023**. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule

is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."); *Souffrant v. Denhil Oil, LLC*, 2010 WL 1541192, at *1 (S.D. Fla. Apr. 16, 2010) ("The proposition that a corporation must be represented by an attorney also applies to limited liability companies.").

4. Defendants Le Petit Cadeau, LLC, Jonathan Finklea and Johanna M. Celcis shall file a response to Plaintiff's Revised First Amended Complaint (DE 24) on or before **December 29, 2023**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of November, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE