UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-CV-20032-KMW -CV- Honorable Kathleen M. Williams
(Judge's Last Name/Magistrate's Last Name)

GULLIVER'S TAVERN, INC., DBA FOXY LADY

Plaintiff(s)

vs.

ALERTE ENTERTAINMENT, INC. D/B/A FOXXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; LE PETIT CADEAU, LLC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA M. CELCIS,

Defendant(s).
_____/



FILED BY _MC_ D.C.

DEC 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT JONATHAN FINKLEA RESPONSE TO PLAINTIFFS FIRST AMENDED COMPLAINT

I, **Jonathan Finklea** [plaintiff or defendant], in the above styled cause, ask the Honorable court to move to dismiss the case against me Johnathan Finklea remove from the above reference lawsuit. I was a employed as a Security Guard at Foxxy Lady Cabaret for a short period of time. I have no legal ties binding me to legally now or at the time of my employment with Foxxy Lady Cabaret

December 19, 2023,
Dated: Month, day, year

Respectfully submitted,

Jonathan Finklea
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

930 NW 204th Street Apt 204
Street Address

Miami, FL 33169
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Electronic Mail [specify method of service] on December 19, 2023 on all counsel or parties of record on the Service List below.

*Jonathan Finklea*
Signature of Filer

**SERVICE LIST**

Marc J. Randazza (FL Bar No. 625566)
ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Tel: (888) 887-1776

Ronald D. Green (pro hac vice)
rdg@randazza.com
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Tel: (888) 887-1776

Robert J. Morris, II (pro hac vice)
rjm@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Attorneys for Plaintiff,
Gulliver's Tavern d/b/a Foxy Lady

Barry Chase
ChaseLawyers
21 SE 1st Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Email: barry@chaselawyers.com
Attorneys for Defendants
Alerte Entertainment Inc.,
Hush Entertainment Services Inc.,
and Elie Bellune

Johanna M. Celcis
2188 NW 72nd Terrace
Hollywood, FL 33024

Honorable Kathleen M.
Wilkie D. Ferguson Jr.
Courthouse
400 N MIAMI AVENU
MIAMI, FL 3312