UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-CV-20032-KMW -CV- <u>Honorable Kathleen M. Williams</u>
(Judge's Last Name/Magistrate's Last Name)

GULLIVER'S TAVERN, INC., DBA FOXY
LADY

    Plaintiff (s)

vs.

ALERTE ENTERTAINMENT, INC. D/B/A
FOXXY LADY CABARET; HUSH
ENTERTAINMENT SERVICES, INC; LE
PETIT CADEAU, LLC; ELIE BELLUNE;
JONATHAN FINKLEA; and JOHANNA M.
CELCIS,

    Defendant(s).
_____/

FILED BY MC D.C.
DEC 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## **DEFENDANT JOHANNA M. CELCIS RESPONSE TO PLAINTIFFS FIRST AMENDED COMPLAINT**

I, **Johanna M. Celcis** [plaintiff or defendant], in the above styled cause, <u>ask the Honorable court to move to dismiss the case against me Johanna M. Celcis remove from the above reference lawsuit. I have no legal ties binding me to legally now or previous to Foxxy Lady Cabaret</u>

<u>December 19, 2023,</u>
Dated: Month, day, year

Respectfully submitted,

<u>Johanna M. Celcis</u>
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

<u>2188 NW 72nd Terrace</u>
Street Address

<u>Hollywood, FL 33024</u>
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by Electronic Mail [specify method of service] on December 19, 2023 on all counsel or parties of record on the Service List below.

*Johanna M. Celcis*
Signature of Filer

## SERVICE LIST

Marc J. Randazza (FL Bar No. 625566)
ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Tel: (888) 887-1776

Ronald D. Green (pro hac vice)
rdg@randazza.com
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Tel: (888) 887-1776

Robert J. Morris, II (pro hac vice)
rjm@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Attorneys for Plaintiff,
Gulliver's Tavern d/b/a Foxy Lady

Barry Chase
ChaseLawyers
21 SE 1st Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Email: barry@chaselawyers.com
Attorneys for Defendants
Alerte Entertainment Inc.,
Hush Entertainment Services Inc.,
and Elie Bellune

Johanna M. Celcis
2188 NW 72nd Terrace
Hollywood, FL 33024

Honorable Kathleen M.
Wilkie D. Fergurson Jr.
Courthouse
400 N MIAMI AVENU
MIAMI, FL 3312