**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GULLIVER'S TAVERN, INC., d/b/a FOXY LADY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALERTE ENTERTAINMENT, INC. d/b/a FOXXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA M. CELCIS,<br><br>    Defendants. | Case No. 1:23-cv-20032-KMW |

## MOTION TO WITHDRAW AS COUNSEL BY ATTORNEY ROBERT J. MORRIS

Pursuant to Local Rule 11.1(d)(3)(A), Counsel for Plaintiff, by and through the undersigned, respectfully request that this Court enter an order permitting Attorney Robert J. Morris to withdraw as counsel of record for Plaintiff Gulliver's Tavern, Inc., d/b/a Foxy Lady in this matter. Mr. Morris wishes to withdraw as counsel for Plaintiff because he is no longer employed with Randazza Legal Group, PLLC.

Remaining counsel from Randazza Legal Group, PLLC, will continue to represent Plaintiff in this matter. Their address is:

> RANDAZZA LEGAL GROUP, PLLC
> 2 S Biscayne Blvd #2600
> Miami, FL 33131
> ecf@randazza.com

//

//

//

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Attorney Robert J. Morris to withdraw as counsel for Plaintiff in this matter.

Dated: January 30, 2024.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted: |
| /s/ Robert J. Morris, II | /s/ Marc J. Randazza |
| Robert J. Morris, II (*pro hac vice*) | Marc J. Randazza (FL Bar No. 625566) |
| rmorris@houser-law.com | ecf@randazza.com |
| HOUSER LLP | RANDAZZA LEGAL GROUP, PLLC |
| 400 Tradecenter Drive, Ste. 5981 | 2 S Biscayne Blvd #2600 |
| Woburn, MA 01801 | Miami, FL 33131 |
| Tel: (339) 203-6498 | Tel: (888) 887-1776 |
| Withdrawing Attorney for Plaintiff | Ronald D. Green (pro hac vice) |
| Gulliver's Tavern d/b/a Foxy Lady | rdg@randazza.com |
| | RANDAZZA LEGAL GROUP, PLLC |
| | 4974 S. Rainbow Blvd., Ste. 100 |
| | Las Vegas, NV 89118 |
| | Tel: (888) 887-1776 |
| | Attorneys for Plaintiff |
| | Gulliver's Tavern d/b/a Foxy Lady |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
MARC J. RANDAZZA