# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

### CASE NO. 1:23-cv-20032-JB

GULLIVER'S TAVERN, INC., DBA FOXY LADY,

Plaintiff,

v.

ALERTE ENTERTAINMENT, INC. DBA FOXXY LADY CABARET; HUSH ENTERTAINMENT SERVICES, INC; ELIE BELLUNE; JONATHAN FINKLEA; and JOHANNA CELCIS,

Defendants.
_____/

FILED BY __MC__ D.C.

MAY 28 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEARANCE, DESIGNATION OF E-MAIL ADDRESS, AND REQUEST FOR NOTICES AND COPIES OF PLEADINGS

**TO THE CLERK AND ALL INTERESTED PARTIES:** Please take notice that Ralph S. Francois, Esq., hereby files this appearance on behalf of Defendants, Alerte Entertainment, Inc d/b/a Foxxy Lady Cabaret and Hush Entertainment Services, Inc., and requests that the Defendants be served, by an through undersigned counsel, with copies of pleadings, notices, motions, orders and other documents filed or served in these proceedings.

The following E-mail addresses are designated for purposes of service of all orders, pleadings, notices, motions, orders and other documents filed or served in this matter:

LAWRFRANCOIS@YAHOO.COM; LAWYERFRANCOIS@GMAIL.COM

Dated: May 14, 2024

                                           Respectfully submitted,

                                           /s/ *Ralph S. Francois*
                                           Ralph S. Francois, Esq.
                                           Florida Bar No.: 115770
                                           6453 Pembroke Road
                                           Hollywood, FL 33023
                                           Ph: (954) 391-9009
                                           LAWRFRANCOIS@YAHOO.COM
                                           LAWYERFRANCOIS@GMAIL.COM

                                           *Attorney for Defendants Alerte Entertainment, Inc. d/b/a Foxxy Lady Cabaret and Hush Entertainment Services, Inc.*

## CERTIFICATE OF SERVICE

I, Ralph S. Francois, hereby certify that a true and correct copy of the foregoing Notice of Appearance, designation of email addresses and request for notices and copies of pleadings was served by U.S. Mail on May 14, 2024 on all counsel or parties of record on the Service List below.

/s/ *Ralph S. Francois*
Ralph S. Francois, Esq.
Florida Bar No.: 115770

## SERVICE LIST

**Plaintiff**:
Gulliver's Tavern, Inc.          represented by:
*doing business as*
FOXY LADY

Richard James Mockler, III
The Solomon Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, FL 33606
Ph: (813) 225-1818
Email: richard@mocklerlaw.com


Ronald D. Green
Marc John Randazza
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Ph: (888) 887-1776
Email: rdg@randazza.com; MJR@randazza.com

**Defendant(s):**
Elie Bellune
7910 Harbor Island Drive
Building B, Unit 1007
North Bay Village, FL 33141
*PRO SE*

Jonathan Finklea
930 NW 204th St. Apt. 204
Miami, FL 33169
*PRO SE*

Johanna M. Celcis
2188 NW 72nd Terrace
Hollywood, FL 33024
*PRO SE*

Retail

U.S. POSTAGE PAID

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 969 381 192 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (954) [illegible]

Ralph S Francois, ESQ
6453 Pembroke Road
Hollywood, FL 33023

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE

Wilkie D Ferguson, Jr Courthouse
400 North Miami Ave Room 8N09
Miami, Florida

ZIP + 4® (U.S. ADDRESSES ONLY) 33128

RECEIVED BY ... D.C.
MAY 28 2024
ANGELA ...
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 60649 | Scheduled Delivery Date (MM/DD/YY): 5 25 2024 | Postage: $ 30 45 | |
| Date Accepted (MM/DD/YY): 05 24 2024 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 1 22 ☐ AM ☑ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 30 45 | |
| Weight: lbs. 3.9 ozs. ☐ Flat Rate | Acceptance Employee Initials: [signature] | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

PEEL FROM THIS CORNER

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

